**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Billie Edmonds,                                              Civil No. 16-3340 (DWF/DTS)

            Plaintiff,

v.                                                    **ORDER ADOPTING REPORT**
                                                      **AND RECOMMENDATION**

Minneapolis Public Schools,
*Special School District 1,*

            Defendant.

        This matter is before the Court upon *pro se* Plaintiff Billie Edmonds' ("Plaintiff")

objections (Doc. No. 47) to Magistrate Judge David T. Schultz's February 14, 2018

Report and Recommendation (Doc. No. 45) insofar as it recommends that Defendant

Minneapolis Public Schools, Special District No. 1's ("Defendant") motion for summary

judgment be granted and that the Declaration (Doc. No. 40) and documents/exhibits (Doc.

No. 40-1) filed by Plaintiff remain sealed.  Defendant filed a response to Plaintiff's

objections on March 15, 2018.  (Doc. No. 48.)

        The factual background for the above-entitled matter is clearly and precisely set

forth in the Report and Recommendation and is incorporated by reference for purposes of

Plaintiff's objections.  In the Report and Recommendation, the Magistrate Judge

concluded that Plaintiff did not present facts that support an inference of race

discrimination so as to establish a prima facie case.  In addition, the Magistrate Judge

explained that even if Plaintiff had established a prima face case of race discrimination,

Defendant provided legitimate, non-discriminatory reasons for terminating Plaintiff's

employment and Plaintiff failed to present evidence from which a reasonable jury could conclude that her termination was a pretext for race discrimination. With respect to Plaintiff's reprisal claim, the Magistrate Judge similarly concluded that Plaintiff failed to present sufficient evidence from which a reasonable jury could conclude that the reason for her termination was a pretext for unlawful reprisal. Plaintiff objects to the Report and Recommendation. In particular, Plaintiff objects to certain factual findings and argues generally that the record contains evidence of race discrimination and retaliation.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The Court finds no reason that would warrant departure from the Magistrate Judge's recommendation. Indeed, viewing the record in the light most favorable to Plaintiff, there is no genuine issue of fact as to her claims that she was terminated because of her race or because she engaged in protected conduct. Therefore, based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1.      Plaintiff Billie Edmonds' *pro se* objections (Doc. No. [47]) to Magistrate

Judge David T. Schultz's February 14, 2018 Report and Recommendation are

**OVERRULED**.

2.      Magistrate Judge David T. Schultz's February 14, 2018 Report and

Recommendation (Doc. No. [45]) is **ADOPTED**.

3.      Defendant's Motion for Summary Judgment (Doc. No. [31]) is

**GRANTED**.

4.      The Declaration (Doc. No. [40]) and documents/exhibits (Doc. No. 40-1)

filed by Plaintiff shall remain **SEALED**.

5.      This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 18, 2018              s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge